UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

STEVEN M. LARIMORE
Court Administrator • Clerk of Court



Jul 30, 2013

United States District Court

Northern District of California

RE:  MDL No.  2051 In Re: Denture Cream Products Liability Litigation

Our Case No.  1:09-md-2051-CMA

Your Case No.  3 13-03256 Bell v. The Proctor & Gamble Company

Dear Clerk:

Attached is a certified copy of the order from the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above entitled action to the Southern District of Florida. This case will be directly assigned to the Honorable  Cecilia M. Altonaga  .

Please proceed to close the case(s) in your district and initiate the civil case transfer functionality in CM/ECF. We will initiate the procedure to retrieve the transferred cases(s) upon receipt of the e-mail. If your court does not utilize the CM/ECF transfer functionality, please forward the court file (including originating Complaint or Notice of Removal, any amendments, docket sheet, and MDL Conditional Transfer **Order-** CTO-29  ) as PDF documents to the Southern District of Florida via electronic mail at: mdl@flsd.uscourts.gov.

STEVEN M. LARIMORE
Clerk of Court

By: _____
MDL Clerk

Encl.

---

| ☒ 400 N. Miami Avenue Room 8N09 Miami, FL 33128 305-523-5100 | ☐ 299 E. Broward Boulevard Room 108 Ft. Lauderdale, FL 33301 954-769-5400 | ☐ 701 Clematis Street Room 202 W. Palm Beach, FL 33401 561-803-3400 | ☐ 301 Simonton Street Room 130 Key West, FL 33040 305-295-8100 | ☐ 300 S. Sixth Street Ft. Pierce, FL 34950 772-595-9691 |